**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.:  16-42142-RFN |
| § | | |
| JOVITA V GONZALES, xxx-xx-5526 § | | CHAPTER 13 |
| § | | |
| 1811 Gould Ave § | | Pre-Hearing Conference: |
| Fort Worth, TX  76164 § | | Friday, June 30, 2017 @ 10:00 AM |
| § | | |
| DEBTOR § | | |
| § | | |

**TRUSTEE'S MODIFICATION OF CHAPTER 13
PLAN AFTER CONFIRMATION**
**DATE: June 02, 2017**

**TO THE HONORABLE  RUSSELL F NELMS,  U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1. The **SECURED** claim of **SOUTHSIDE BANK** (Court Claim No. 3 and Trustee Claim No. 1) in the allowed amount of **$4,118.30** shall be "**PAID DIRECT**" by the Debtor.

2. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to the Debtor.  The Unsecured Creditors' Pool will be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before June 05, 2017:

**FIRST CLASS MAIL:**

JOVITA V GONZALES, 1811 Gould Ave, Fort Worth, TX 76164
RITCHESON LAUFFER AND VINCENT PC, TWO AMERICAN CENTER, 821 ESE LOOP 323 STE 530, TYLER, TX 75701
SOUTHSIDE BANK, C/O CHARLES E LAUFFER JR, 821 ESE LOOP 323 STE 530, TYLER, TX 75701

**ELECTRONIC SERVICE:**

ALICE BOWER, 6421 CAMP BOWIE BLVD STE 300, FORT WORTH, TX 76116
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
RICHESON LAUFFER VINCENT AND DUKES PC, 821 ESE LOOP 323 STE 530, TYLER, TX 75701
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Standing Chapter 13 Trustee